# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nicole Ida Joseph, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00003-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Robert Joseph | ) | |
| Michael Moses Joseph, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2018 Order.

August 29, 2018

_____
Frank G. Johns, Clerk
United States District Court